AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SHANNON BRUCE MORLEY,

          Plaintiff,

          v.

CORRECTION OFFICER JEFF MARSHAL,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-039-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the complaint is DISMISSED for failure to properly exhaust administrative remedies.

February 27, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia